UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

IN RE: Milton Daniel Dowd, Jr.  CASE NO.: 10-81031
Soc. Sec. xxx-xx-7092  Chapter 13
Lisa Dyann Dowd
Soc. Sec. xxx-xx-3905

___

### CHAPTER 13 PLAN

This pleading is a Bankruptcy Rule 3025 (d) Summary and Notice of a Chapter 13 Plan of Repayment filed by the above captioned Debtor(s). The complete plan can be viewed and printed by logging on to PACER at www.lawb.uscourts.gov. To obtain a Password, you may register at http://pacer.psc.uscourts.gov or call the PACER Service Center at 1-800-676-6856. A summary of the contents of the plan filed by Debtor(s) is as follows:

Debtor(s)' *PLAN OF REPAYMENT* pursuant to 11 USC S.S.1321, S.S.1322, and S.S.1325; *PROPOSED ADEQUATE PROTECTION* pursuant to 11 USC S.S.361; Debtor(s) *REQUEST FOR VALUATION OF SECURITY* pursuant to 11 USC S.S.506:

I. *Plan Summary*
   A. Plan Payment: **$865.00** per month for **60** months
   B. Length of plan: **60** months
   C. Amount of plan: **$51,900.00**
   D. Amount of secured creditors to be paid by the trustee through the plan: **$34,056.00**
      **6.0%** Interest to be paid to secured creditors in this plan: **$5,447.88**
   E. Amount of priority creditors to be paid in plan: **$ 0.00**
   F. Amount of Unsecured class 1 creditors in plan: **$ 137,652.00**
   G. Percentage to be paid to Unsecured class 1 creditors: **2%**
   H. Amount of Unsecured class 2 co-debtor claims: **$ -0-**

   Debtor(s) herein will pay or cause to be paid to the standing Chapter 13 Trustee the amount set forth above in the Plan for a term of **60** months. Said payments are to be made by: **PAYROLL DEDUCTION. Debtors must pledge their 2010, 2011, 2012 State & Federal Income Tax Refund. Debtors may keep their Earned Income Credit.**

II. *Payments to be made by the debtors outside the plan:*

| CREDITOR | COLLATERAL | TOTAL DEBT | MONTHLY PAYMENTS |
|---|---|---|---|
| Citimortgage | 2nd mortgage | 22,621.00 | 299.00 |
| Sabine Bank | House & lot | 38,148.00 | 502.00 |

III. *Disbursements under the plan.*
   A. <u>Administrative priority claims</u>:
      1) C. Rodney Harrington - fee of $2,800.00
      2) Chapter 13 Trustee - a fee equal to 10% of payments.

   B. **Priority claim**.
      None

   C. **Secured claims**:
      The allowed secured claims set forth below shall be paid in full the value of the collateral, **plus 6.0% per annum interest on the collateral value**. The balance of the claim shall be treated as unsecured. Each creditor shall retain its lien. The debtors are the owners of the property serving as collateral for payment of the secured claims. Debtors are aware of the condition of the collateral and know its value. On the Plan filing date, the property has the value set forth below. The value is based upon disposition of said property in a commercially reasonable manner.

| CREDITOR | COLLATERAL | FMV | TOTAL DEBT | SECURED | INTEREST | UNSECURED |
|---|---|---|---|---|---|---|
| HSBC | '07 4-wheeler | 2281 | 2,281.00 | 2,281.00 | 364.89 | 0.00 |
| HSBC | '07 4-wheeler | 2044 | 2,044.00 | 2,044.00 | 326.97 | 0.00 |
| Trustmark | '07 Toy. Tundra | 20500 | 24,512.00 | 20,500.00 | 3,279.35 | 4,012.00 |
| Sabine St. Bk. | Collateral pledge agreement | 9231 | 38,864.00 | 9,231.00 | 1,476.67 | 29,633.00 |

**ADEQUATE PROTECTION:** These payments are to be made concurrently with attorney's fees and administrative fees. HSBC - $25.00, HSBC - $25.00, Trustmark - $100.00, Sabine Bank - $50.00.

**D. Special Class- Mortgage Arrears-** The following pre-petition arrears debt shall be repaid through this plan as a special secured debt with 0% interest over the life of the plan.

Creditor – Pre-petition arrears in the amount of $_____ which represents arrears owed from _____ through _____ .

**E. Secured Claims with Collateral to be Surrendered:** (In full satisfaction of debt)

| CREDITOR | TOTAL DEBT | DESCRIPTION OF PROPERTY |
|---|---|---|
| None | | |

**F. Unsecured Class 1 claims:** All other creditors not listed herein shall be considered unsecured without priority and shall be paid pro-rata from funds remaining after payment of the scheduled secured and unsecured priority claims. The Debtors propose to provide a payment of approximately 2% to the general unsecured claims with these claim being itemized on Schedule F, or if any unsecured portion, on Schedule D of the petition.

**G. Unsecured Special Class, Paid @ 100% or Co-signed:**
The debtor desires that the following claims be paid in full through this plan, and, if co-signed, are to protect the interest of debtor's co-signer:

| CREDITOR | AMOUNT OF CLAIM |
|---|---|
| None | |

THIS PLEADING SEEKS RELIEF UNDER THE ABOVE SET FORTH BANKRUPTCY CODE SECTIONS AND COMPLIES WITH AND IS BEING NOTICED PURSUANT TO BANKRUPTCY RULES 2002, 2016, 3012, 3013, 3015, AND 4001.

A NOTICE DOCUMENT IS BEING SENT WITH THIS PLEADING SETTING A CONFIRMATION HEARING ON DEBTOR(S)' PLAN, (I) ABOVE. THIS CONFIRMATION HEARING SHALL ALSO BE THE HEARING ON DEBTOR(S)' REQUEST FOR VALUATION, (IIIC) ABOVE, AND COMPENSATION FOR DEBTOR(S)' ATTORNEY, (IIIA1) ABOVE. OBJECTIONS TO THE DEBTORS' PLAN PROPOSED VALUATIONS OR COMPENSATION FOR DEBTOR(S)' , DEBTOR(S)' COUNSEL MUST BE IN WRITING AND MUST BE FILED WITH THE COURT AND SERVED ON THE DEBTOR(S)', DEBTOR(S)' COUNSEL AND THE TRUSTEE AT LEAST FIVE (5) DAYS PRIOR TO THE DATE SET FOR THE CONFIRMATION HEARING. ABSENT ANY OBJECTIONS, THE COURT MAY AT SUCH HEARING CONFIRM THE DEBTOR(S)' PLAN, DETERMINE THE VALUE OF DEBTOR(S)' PROPERTY FOR SECURED CLAIMS PURPOSES, AND SET THE AMOUNT OF COMPENSATION FOR DEBTOR(S)' COUNSEL

**PLAN AND SUMMARY DATE:**

Respectfully submitted: /s/ C. Rodney Harrington /s/ Milton Daniel Dowd, Jr.
C. Rodney Harrington Milton Daniel Dowd, Jr.
Attorney at Law
P. O. Box 1278
Natchitoches, LA 71458-1278 /s/ Lisa Dyann Dowd
Lisa Dyann Dowd